THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK LA POINT, Appellant.

*People* v. *La Point*, 178 App. Div. 908, affirmed.
(Argued November 19, 1917; decided December 4, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered April 6, 1917, which affirmed a judgment of the
Jefferson County Court rendered upon a verdict convict-
ing the defendant of the crime of assault in the second
degree.

*T. Arthur Hendricks* and *John Conboy* for appellant.
*Jerome B. Cooper, District Attorney,* for respondent.

Judgment affirmed, no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN,
POUND, McLAUGHLIN and ANDREWS, JJ.